IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS SEQUINO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 3:23-145 |
| ) | |
| RICHLAND SCHOOL DIST. *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

AND NOW, this 30th day of September 2025, it is hereby ORDERED, ADJUDGED AND DECREED that final judgment is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of Defendants and against Plaintiff.

                                                 *s/Stephanie L. Haines*
                                                 Stephanie L. Haines
                                                 United States District Court Judge